**Order entered February 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01171-CV

**AMY ROBILIO REED, AMY ROBILIO REED, PLLC, Appellants**

**V.**

**CENTURION TERMINALS, LLC AND CENTURION PECOS TERMINAL, LLC,**
**Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06689**

## ORDER

Before the Court is appellants' February 18, 2019 unopposed motion for extension of time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 26, 2019.

/s/    ERIN A. NOWELL
        JUSTICE